No. 4502.—Alcaraz, apldo., *v.* D'Azizi, aplte.—C. D. San Juan. Junio 1, 1928.

Por cuanto esta apelación ha sido interpuesta contra resolución de la Corte de Distrito de San. Juan aprobando un memorándum de costas con una partida de $200 por honorarios del abogado del demandante, cantidad que la parte demandada encuentra excesiva;

Por cuanto las constancias que tenemos ante nosotros para resolver este recurso son una sentencia condenando al apelante a pagar al apelado la cantidad de $1,000, sus intereses y las costas: el memorándum de éstas en el que se solicitaron $300 por honorarios de abogado: la impugnación hecha a esa cantidad por excesiva: y la resolución apelada que la reduce a $200, en la que se dice en ese extremo que presentada la demanda en cobro de dos pagarés ascendentes a $1,000 el demandado formuló excepción previa contra ella, pero la retiró en el acto de su vista, presentando después su contestación pero no asistió al juicio;

Por cuanto es excesiva la cantidad de $200 por honorarios de abogado concedida al demandante en pleito tan sencillo como el de cobro de pagaré, en el que fué retirada la excepción previa contra la demanda y en el que la parte demandada no compareció en el juicio;

Por cuanto nos parece razonable por ese concepto la cantidad de $100;

Por tanto, la resolución apelada es modificada en el sentido de que la partida de honorarios de abogado sea la

cantidad de $100, y así modificada se confirma la resolución apelada.